# EXHIBIT A

The information available on Case.net is provided as a service and is not considered an official court record.


Case.net:2622-CC13381 - CORNERSTONE SOGRO, LLC V POPULAR MULTIFAMILY LENDI (E-CASE) - Docket Entries

**| Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**09/24/2026**

**Agent Served**

Document ID - 26-SMOS-5298; Served To - POPULAR MULTIFAMILY LENDING GROUP, INC.; Served Date - 09/23/2026; Served Time - 13:37:22; Service Type - SP; Reason Description - SERV; Service Text -

**Notice of Service**

Affidavit of Service on Popular Multifamily Lending Group.

**Filed By:** FRANCIS JOSEPH SCHMIDT III

**On Behalf Of:** CORNERSTONE SOGRO, LLC

**08/28/2026**

**Summ Issd- Circ Pers Serv O/S**

Document ID: 26-SMOS-5298, for POPULAR MULTIFAMILY LENDING GROUP, INC.

**Filing Info Sheet eFiling**

**Filed By:** FRANCIS JOSEPH SCHMIDT III

**Pet Filed in Circuit Ct**

VERIFIED PETITION TO DETERMINE AND FOR CANCELLATION OF INSTRUMENT QUIET TITLE, FOR SLANDER OF TITLE AND; EXHIBIT 1 - DECLARATION.

**Filed By:** FRANCIS JOSEPH SCHMIDT III

**On Behalf Of:** CORNERSTONE SOGRO, LLC

2622-CC13381

Electronically Filed - CITY OF ST LOUIS - August 28, 2026 - 10:35 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

CORNERSTONE SOGRO, LLC, )
a Missouri limited liability company, )
)
Plaintiff, )
) Cause No.
v. )
) Division
POPULAR MULTIFAMILY LENDING GROUP, INC.)
a Utah corporation, )
)
SUMMONS TO ATTORNEY FOR SERVICE )
Serve at: )
Darin Young, Reg. Agent )
10808 River Front Pkwy, Suite 3132 )
South Jordan, Utah 84095 )
)
Defendant. )

**VERIFIED PETITION TO DETERMINE AND QUIET TITLE, FOR SLANDER OF TITLE AND FOR CANCELLATION OF INSTRUMENT**

COMES NOW Plaintiff Cornerstone SoGro, LLC ("Plaintiff"), by and through undersigned counsel, and for this Verified Petition to Quiet Title, for Slander of Title and for Cancellation of Instrument against Defendant Popular Multifamily Lending Group, Inc. ("Defendant"), states as follows:

1. Plaintiff is a Missouri limited liability company and the legal and equitable owner in fee simple of, in, and to the following described real estate and improvements that is the subject of this cause of action (the "Property"), lying and being situated in the City of St. Louis, Missouri, to wit:

Parcel 1:
Lot A of Boundary Adjustment Plat of Part of Outlot 82 and City Block 6455, of the City of St. Louis, State of Missouri, according to the recorded plat thereof recorded in Plat Book 12292020 page 0104:
EXCEPT reservation of all minerals and all mineral rights in favor of the United States of America, acting by and through the Administrator of General Services, as set forth in instrument recorded 07/14/2020 Book 07142020 at page 0175 and as corrected by instrument recorded 07/16/2020 in Book 07162020 at page 0105, and all rights and easements appertaining thereto in favor of the holder of said interest and any party claiming by, through or underpaid holder.
ID: 6455-9-0045.000

Parcel 2:
Lot B of Boundary Adjustment Plat of Part of Outlot 82 and City Block 6455, of the City of St. Louis, State of Missouri, according to the recorded plat thereof recorded in Plat Book 12292020 page 0104.
ID: 6455-9-225.00

Electronically Filed - CITY OF ST LOUIS - August 28, 2026 - 10:35 AM

Parcel 3:
Lot C of Boundary Adjustment Plat of Part of Outlot 82 and City Block 6455, of the City of St. Louis, State of Missouri, according to the recorded plat thereof recorded in Plat Book 12292020 Page 0104.
ID: 6455-9-031-000

Commonly known and numbered as 4320-4354-R S. Kingshighway Blvd., St. Louis, Missouri 63109

2. Defendant is a Utah corporation conducting business in the State of Missouri.

3. Jurisdiction is proper in this Court as the events giving rise to this cause of action arose in the City of St. Louis, Missouri.

4. Venue is proper in the City of St. Louis, Missouri Circuit Court pursuant to RSMo. §508.030 as the Property is located in the City of St. Louis, Missouri.

## Common Facts Applicable to All Counts

5. In and around October, 2023, Plaintiff and Defendant entered an agreement for Defendant, as a prospective lender, to perform due diligence and consider providing a loan to Plaintiff, as borrower, for possible financing of Plaintiff's costs for construction and development of the Property.

6. In late December, 2023, the proposed loan transaction between Plaintiff and Defendant was cancelled by the parties and Defendant retained all deposits previously delivered by Plaintiff to Defendant.

7. Defendant subsequently executed and recorded a certain Declaration-Notice of Owner Financial Obligation against the Property in Book 03192024 Page 0042 of the St. Louis City, Missouri land records (the "Declaration"). A true and accurate copy of the Declaration is attached and incorporated herein by this reference as Exhibit "1".

8. The execution and recording of the Declaration by Defendant was conducted by Defendant without contractual or legal authority under the laws of the State of Missouri, and has created a known, intentional encumbrance and cloud by Defendant upon Plaintiff's title to the Property.

9. The existence and recording of the Declaration was not discovered by Plaintiff until late July, 2026 upon conducting its own title search for the Property.

Electronically Filed - CITY OF ST LOUIS - August 28, 2026 - 10:35 AM

10. Defendant did not provide Plaintiff with notice of Defendant's intent to record the Declaration nor any notice that the Declaration had been recorded.

11. Plaintiff has made written demand upon Defendant to execute and deliver a release of the Declaration in order to unencumber and uncloud title to the Property, but Defendant has failed and refused to do so.

12. Defendant's unauthorized execution and recording of the Declaration against the Property has damaged and will continue to damage Plaintiff by restricting Plaintiff's ability to use and develop the Property.

**Count I**
**Quiet Title**

13. Plaintiff restates the allegations contained in paragraphs 1 through 12 above as if fully set forth herein.

14. Plaintiff is the fee simple owner of the Property.

15. Defendant's purported claim of lien or other rights in and to the Property pursuant to Defendant's execution and recording of the Declaration was wrongful and not authorized either by contractual agreement or pursuant to the laws of the State of Missouri.

16. For the reasons stated hereinabove, it will be inequitable and unjust for Defendant to retain any right, title or interest in the Property via the unauthorized recording of the Declaration.

17. Plaintiff's right, title and fee simple interest to the Property is superior to any rights or claim of rights that Defendant purportedly has to the Property.

WHEREFORE, Plaintiff prays this Court enter Judgment and Order to set aside and void the Declaration in full; enter Judgment and Order that Defendant, its successors and assigns, have no right, title, or interest in or to said Property; enter Judgment and Order that Defendant, its successors and assigns, shall be forever enjoined and restrained from asserting, claiming, or setting up any right, title, or interest in or to said Property; enter Judgment and Order for all right, title and interest in and to the Property vesting to Plaintiff in fee simple; enter Judgment and Order for Defendant to pay all attorney's fees and other costs

Electronically Filed - CITY OF ST LOUIS - August 28, 2026 - 10:35 AM

incurred by Plaintiffs herein; and enter Judgment and Order for such other and further relief as this Court deems just and proper.

**Count II**
**Slander of Title**

18. Plaintiff restates the allegations contained in paragraphs 1 through 17 above as if fully set forth herein.

19. Defendant's execution and recording of the Declaration in the public land records of the City of St. Louis, Missouri maliciously published the false statement that Plaintiff is indebted to Defendant in an amount exceeding One Hundred Fifty Thousand Dollars ($150,000.00) and further maliciously published the false statement that Plaintiff has defamed Defendant.

20. Defendant's unauthorized execution and recording of the Declaration against the Property was intentional and without legal justification or contractual right.

21. Defendant's unauthorized execution and recording of the Declaration against the Property has damaged and will continue to damage Plaintiff by restricting Plaintiff's ability to use and develop the Property.

22. Defendant recorded the unauthorized Declaration with the malicious intent to restrict Plaintiff's use and development of the Property.

WHEREFORE, Plaintiff prays this Court enter Judgment and Order to set aside and void the Declaration in full; enter Judgment and Order that Defendant, its successors and assigns, have no right, title, or interest in or to said Property; enter Judgment and Order that Defendant, its successors and assigns, shall be forever enjoined and restrained from asserting, claiming, or setting up any right, title, or interest in or to said Property; enter Judgment and Order in favor of Plaintiffs against Defendant in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) to be determined at trial; enter Judgment and Order against Defendant for all prejudgment interest as provided under RSMo. §408.020; enter Judgment and Order for Defendant to pay all attorney's fees and other costs incurred by Plaintiffs herein; and enter Judgment and Order for such other and further relief as this Court deems just and proper.

Electronically Filed - CITY OF ST LOUIS - August 28, 2026 - 10:35 AM

**Count III**
**Cancellation of Instrument**

23. Plaintiff restates the allegations contained in paragraphs 1 through 22 above as if fully set forth herein.

24. By executing and recording the Declaration against the Property, Defendant conferred a benefit upon itself without having contractual right of legal justification for doing so.

25. For the reasons stated hereinabove, Defendant's actions against Plaintiff's fee simple interest in the Property have damaged Plaintiff and will continue to damage Plaintiff until the Declaration is extinguished and cancelled in the City of St. Louis, Missouri land records.

26. It will be inequitable and unjust for Defendant to retain any right, title or interest in the Property via the unauthorized recording of the Declaration.

WHEREFORE, Plaintiff prays this Court enter Judgment and Order to set aside and void the Declaration in full; enter Judgment and Order that Defendant, its successors and assigns have no right, title, or interest in or to said Property; enter Judgment and Order that Defendant, its successors and assigns shall be forever enjoined and restrained from asserting, claiming, or setting up any right, title, or interest in or to said Property; enter Judgment and Order for all right, title and interest in and to the Property vesting to Plaintiff in fee simple; enter Judgment and Order for Defendant to pay all attorney's fees and other costs incurred by Plaintiffs herein; and enter Judgment and Order for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

SCHMIDT BASCH, LLC

By: /s/ *Frank J. Schmidt*

Frank J. Schmidt, #49967
Amanda M. Basch, #59984
1034 S. Brentwood Blvd., Ste. 1555
St. Louis, Missouri 63117
(314) 721-9200 (Telephone)
(913) 224-1622 (Facsimile)
fschmidt@schmidtbasch.com
abasch@schmidtbasch.com
*Attorneys for Plaintiffs*

Not an Official Court Document

Electronically Filed - CITY OF ST LOUIS - August 28, 2026 - 10:35 AM

*Verification Page to Petition*

STATE OF FL )
) SS.
COUNTY OF Palm Beach )

The undersigned hereby states that he is John P. Clancy, Managing Member of Cornerstone SoGro, LLC, Plaintiff herein, and that the statements contained in the foregoing are true and accurate to the best of his knowledge, information, and belief of John P. Clancy on behalf of Plaintiff Cornerstone SoGro, LLC.

John P. Clancy

Subscribed and sworn before me this ____ day of August, 2026.

Notary Public

My commission expires:

Notary Public State of Florida
Amanda Janis
My Commission HH 646908
Expires 3/3/2029